# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: **Yerdon vs. Poitras**     Docket No.: **24-1263**

Lead Counsel of Record (name/firm) or Pro se Party (name): **Edward A. Yerdon, PMP pro se**

Appearance for (party/designation): none

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[X] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[X] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
Parties: _____
[ ] Incorrect. Please change the following parties' designations:
Party     Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[X] Correct
[ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen

Name: _____
Firm: _____
Address: _____
Telephone: _____     Fax: _____
Email: _____

## RELATED CASES

[ ] This case has not been before this Court previously.
[X] This case has been before this Court previously. The short title, docket number, and citation are: **Yerdon vs Poitras, 23-230, 1:21-CV-00565(LEK/ML) ND.NY 2/7/23**
[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
    OR
Signature of pro se litigant: *Edw A. Y[signature]*
Type or Print Name: **Edward A. Yerdon**
[X] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Edward Yerdon

v.

Poitras, Romard

NYs DMV

**CERTIFICATE OF SERVICE***

Docket Number: 24-1263

I, Edward Yerdon (print name), hereby certify under penalty of perjury that on 5/21/24 (date), I served a copy of Acknowledgement and Notice of Appearance, Form D-P civil appeal transcript of information for Pro-se (list all documents)

by (select all applicable)**

___ Personal Delivery      _X_ United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Douglas E Wagner | NYs office of Attorney General, the Capitol | Albany | NY | 12224 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |

| | | | | |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

5/21/24
Today's Date

[Signature]
Signature

Certificate of Service Form (Last Revised 12/2015)

Ed Yesdon
172 Bakes Ave
Cohoes NY 12047

ALBANY NY 120
21 MAY 2024 PM

US Court of Appeals 2nd Circuit
Thurgood Marshall US Courthouse
40 Foley Square
New York NY
10007