**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: July 17, 2024
Docket #: 24-1263
Short Title: Yerdon v. Poitras

DC Docket #: 1:21-cv-565
DC Court: NDNY (SYRACUSE)
Trial Judge - Lawrence E. Kahn

### NOTICE OF DEFECTIVE FILING

On July 16, 2024, the **BRIEF**, on behalf of Appellant Edward A. Yerdon, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
**\_\_\_X\_\_\_ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)* – Please send (5) additional copies of the brief with the correct district court listed. In addition, send one copy of the corrected cover to be affixed to the brief paper copy received. Please also send (3) Appendix paper copies.**
**\_\_\_X\_\_\_ Improper proof of service *(FRAP 25)*- The Certificate of Service must list the documents being served "Brief and Appendix"**
_____ Missing proof of service
_____ Served to an incorrect address
_____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here
for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
**\_\_\_X\_\_\_ Defective cover *(FRAP 32)*-District Court listed is incorrect. The originating court is the Northern District of New York.**
_____ Incorrect caption *(FRAP 32)*
_____ Wrong color cover *(FRAP 32)*
_____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*

_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event
**\_\_\_X\_\_\_ Other: Failure to file an Appendix. An Appendix must be filed with the Brief, and it must contain the three following documents: (1) the district court docket sheet, (2) the district court order and judgment being appealed, and (3) the notice of appeal. An Appendix sample is included with this notice. Three paper copies of the Appendix are required.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, **no later than August 7, 2024**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8543.