# 24-1263

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

EDWARD YERDON,

Plaintiff- Appellant,

V.

KARIN POITRAS,
ELIZABETH ROMAND,
NEW YORK DEPARTMENT OF MOTOR VEHICLES

Defendants- Appellees.

---

On Appeal from the United States District Court
For the Northern District of New York

---

Brief of Appellant Edward Yerdon

Edward Yerdon, Pro Se
472 Baker Ave
Cohoes, NY 12047
518-487-9744

## Table Of Contents

Cover.................................................................................................. 1

Table of Contents............................................................................ 2

Argument......................................................................................... 3

Docket............................................................................................. 5

Certificate of Service...................................................................... 6

Oral Argument Request................................................................. 7

Appendix......................................................................................... 8

## Argument

I am appealing the decision to dismiss because, as a Pro Se appellant I was not guided correctly in where or how to file my original suit. My case was reviewed by the federal E.E.O.C. and I was given a "right to sue" letter from them.

**My right to sue letter clearly stated that I have the right to sue in Federal or State court.**

As a Pro Se litigant, this was a tremendous disservice to me.

In America, I believe that an individual has the right and the power to protect themselves from discrimination and prejudice.

Furthermore, it seemed to me to be dubious that the only recourse I had for holding my former employer accountable was to file suit with another part of my former employer themselves.

i) Although this is a lofty request, I would like to see a path opened up for individuals who seek recourse for discrimination and other claims with the federal courts againsts states. Only being allowed to file suit with the state's court itself does not ensure a guaranteed check and balance.

ii) I am requesting that the EEOC revises its "right to sue" letter and accompanying documentation to correctly inform Pro Se litigants in the future.

iii) As a potential remedy, I am asking the appeal court to amend the original suit and to permit my suit to focus only on the individuals Karin Poitras and Elizabeth Romand.

b)
I have also many times provided details of my disability that plead my status as significantly disabled in a way that impacts major life functions.

I am cognitively disabled that prohibits me from concentrating, reading more than a paragraph, and following basic instructions.

I suffer from paranoia and compulsions that cause significant challenges to use bathroom facilities.

I struggle with sleeping, cleaning and cooking.

I was found "totally and permanently" disabled by more than one doctor, including a doctor hired by the Appelle the state of New York. The doctor hired by the state was serving in the official capacity of approving New York State Retirement Disability.

As I am currently collecting said disability retirement from the appelle, and the idea that my case was dismissed by a claim from the very people that declared me legally "totally and permanently disabled" is completely unconscionable.

i) I am asking the appeal court for remedy to amend my suit to pertain only to Karin Poitras and Elizabeth Romand. I am also asking that the court consider my numerous attempts at describing my disability in a way that satisfies the law's rhetorical standards.

FORM 30. Certificate of Service

Form 30
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF SERVICE

Case Number 24-1263

Short Case Caption Yerdon vs Poitras et al.

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 8/2/24 Breif and Appendix

by ☒ U.S. Mail ☐ Hand Delivery ☐ Email ☐ Facsimile
☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Douglas Wagner | NYS office of Attorney General the capitol Albany NY 12224 |
|  |  |
|  |  |
|  |  |
|  |  |

☐ Additional pages attached.

Date: 8/2/24

Signature: [signature]

Name: Edward A. Yerdon

FROM:
Yerdos
472 Baker Ave
Cohoes NY
12047




Retail

U.S. POSTAGE
FCM LG ENV
ALBANY, NY 12
AUG 02, 2024

10007

$3.43

RDC 99

S2322S502122

TO:
United States Court of Appeals 2nd circuit
clerks office, Thurgood Marshall US Courthouse
40 Foley Square
New York, NY
10007

Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.

United States District Court for the District of __Northern District of NY__

File Number __1:21-cv-565__

Edward Yerdon )
    *Plaintiff,* )
v. )
Karin Poitras )
Elizabeth Romand )
NY DMV )
    *Defendant.* )

Notice of Appeal

Court of Appeals
For The Second Circuit
RECEIVED
AUG - 9 2024
BY:

Notice is hereby given that __Edward Yerdon__, (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the __2nd__ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the __2nd__ day of __May__, __2024__

/s/ _____
Attorney for
__472 Baker Ave.__
Address:
__Cohoes NY 12047__

*See Rule 3(c) for permissible ways of identifying appellants



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 02 2024
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

APPEAL,CLOSED,PRO SE

# U.S. District Court
# Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.7 (Revision 1.7.1.2)] (Albany)
# CIVIL DOCKET FOR CASE #: 1:21-cv-00565-LEK-ML
# Internal Use Only

Yerdon v. Poitras et al
Assigned to: Senior Judge Lawrence E. Kahn
Referred to: Magistrate Judge Miroslav Lovric
Case in other court: 2nd Circuit, 23-00230
Cause: 42:1983 Civil Rights (Employment Discrimination)

Date Filed: 05/17/2021
Date Terminated: 04/24/2024
Jury Demand: Plaintiff
Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment
Jurisdiction: Federal Question

**Plaintiff**

**Edward A. Yerdon**

represented by **Edward A. Yerdon**
472 Baker Ave
Cohoes, NY 12047
Email:
PRO SE

V.

**Defendant**

**Karin Poitras**

represented by **Lynn Marie Knapp**
NYS Office of The Attorney General
Civil Recoveries Bureau
The Capitol
Albany, NY 12224
518-776-2598
Email: Lynn.Knapp@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2023*

**Stacey A. Hamilton**
New York State Attorney General - Albany
The Capitol
Albany, NY 12224
518-776-2288
Email: stacey.hamilton@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2023*

**Defendant**

**NY Dept of Motor Vehicles**      represented by **Lynn Marie Knapp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2023*

**Stacey A. Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2023*

**Defendant**

**Elizabeth Romand**      represented by **Lynn Marie Knapp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2023*



**Stacey A. Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2023*

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2021 | 1 | COMPLAINT WITH JURY DEMAND against NY Dept of Motor Vehicles, Karin Poitras (Filing fee $402 receipt number ALB012089) filed by Edward A. Yerdon. (Attachments: # 1 Civil Cover Sheet)(khr) (Entered: 05/17/2021) |
| 05/17/2021 | 2 | Summons Issued as to Karin Poitras. (Attachments: # 1 Summons issued as to NY Dept of Motor Vehicles)(khr) (Entered: 05/17/2021) |
| 05/17/2021 | 3 | G.O. 25 FILING ORDER ISSUED: All conferences will be conducted by way of telephone conference. The parties are directed to call (877) 402-9753 and enter access code 9983518. Initial Conference set for 8/25/2021 10:00 AM before Magistrate Judge Miroslav Lovric. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 8/18/2021. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (khr) (Entered: 05/17/2021) |

| 05/17/2021 | 4 | PRO SE HANDBOOK and NOTICE issued and explained at time complaint was filed on 5/17/2021 (khr)(Provided pro se plaintiff with a copy of all filed documents, pro se handbook, pro se notice, local rules) (Entered: 05/17/2021) |
|---|---|---|
| 05/17/2021 |  | (Court only) ***Set/Clear Flags (khr) (Entered: 05/17/2021) |
| 05/18/2021 | 5 | Summons Issued as to Elizabeth Romand. (khr) (Entered: 05/18/2021) |
| 05/18/2021 |  | (Court only) ***Staff notes:Defendant Elizabeth Romand was not added to the case at the time of opening. Issued a summons for this defendant. Mailed a copy of the complaint, summons and GO #25 to pro se plaintiff for service on 5/18/2021. (khr) (Entered: 05/18/2021) |
| 05/26/2021 | 6 | SUMMONS Returned Executed by Edward A. Yerdon. NY Dept of Motor Vehicles served on 5/19/2021, answer due 6/9/2021. (khr) (Entered: 05/26/2021) |
| 05/26/2021 | 7 | SUMMONS Returned Executed by Edward A. Yerdon. Karin Poitras served on 5/19/2021, answer due 6/9/2021. (khr) (Entered: 05/26/2021) |
| 06/08/2021 | 8 | Letter Motion from AAG Lynn M. Knapp for NY Dept of Motor Vehicles, Karin Poitras requesting extension of time to respond to complaint submitted to Judge Lovric . (Knapp, Lynn) (Entered: 06/08/2021) |
| 06/08/2021 | 9 | TEXT ORDER: Letter Motion 8 is GRANTED. Defendants NY Dept of Motor Vehicles and Karin Poitras are directed to respond to the complaint by 8/31/2021. The Rule 16 initial conference scheduled for 8/25/2021 is re-scheduled for 9/9/2021 at 10:00 a.m., via telephone conference before Magistrate Judge Miroslav Lovric. The Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 9/2/2021. SO ORDERED by Magistrate Judge Miroslav Lovric on 6/2/2021. (copy of text order served on pro se Plaintiff via regular mail) (jdp ) (Entered: 06/08/2021) |
| 06/08/2021 |  | NOTICE OF TELECONFERENCE: a telephone conference is scheduled for 9/9/2021 at 10:00 a.m. before Magistrate Judge Miroslav Lovric. The parties are directed to call 877-402-9753 and enter access code 9983518. (copy of notice served on pro se Plaintiff via regular mail) (jdp ) (Entered: 06/08/2021) |
| 06/14/2021 | 10 | Pro Se MOTION to Obtain ECF Login and Password filed by Edward A. Yerdon. (Attachments: # 1 Attachment-Pro Se CM/ECF Registration Form) Motions referred to Miroslav Lovric. (khr) (Entered: 06/15/2021) |
| 06/17/2021 | 11 | SUMMONS Returned Executed by Edward A. Yerdon. Elizabeth Romand served on 6/14/2021, answer due 7/6/2021. (khr) (Entered: 06/17/2021) |
| 06/21/2021 | 12 | Letter Motion from AAG Lynn M. Knapp for Elizabeth Romand requesting extension of time to respond to complaint submitted to Judge Lovric . (Knapp, Lynn) (Entered: 06/21/2021) |
| 06/22/2021 | 13 | TEXT ORDER: Letter Motion 12 is GRANTED. Defendant Elizabeth Romand is directed to respond to the complaint by 8/31/2021. Plaintiff's Motion 10 , seeking to obtain ECF Login, will be addressed at the Rule 16 initial conference. The Rule 16 initial conference remains scheduled for 9/9/2021 at 10:00 a.m., via telephone conference before Magistrate Judge Miroslav Lovric. SO ORDERED by Magistrate Judge Miroslav Lovric on 6/22/2021. (Copy served upon Pltf via regular mail)(amt) (Entered: 06/22/2021) |

| | | | |
|---|---|---|---|
| 08/25/2021 | 14 | | MOTION to Dismiss filed by NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand. Motion returnable before Judge Lovric Response to Motion due by 9/15/2021. Reply to Response to Motion due by 9/22/2021 (Attachments: # 1 Memorandum of Law, # 2 Appendix attached Saucier case, # 3 Affidavit of Service) (Knapp, Lynn) (Attachment 3 replaced on 8/25/2021) (ztc, ). (Entered: 08/25/2021) |
| 08/25/2021 | 15 | | Letter Motion from AAG Lynn M. Knapp for NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand requesting adjournment of deadlines submitted to Judge Lovric . (Knapp, Lynn) (Entered: 08/25/2021) |
| 08/25/2021 | | | (Court only) Defendants Answer Deadlines terminated. (khr) (Entered: 08/25/2021) |
| 08/25/2021 | | | CLERK'S CORRECTION OF DOCKET ENTRY re 14 Motion to Dismiss, Clerk replaced Attachment 3 Declaration of Service with a corrected version provided by Counsel because Counsel stated it contained the wrong name of the individual who provided service. (Copy served via regular mail) (ztc, ) (Entered: 08/25/2021) |
| 08/25/2021 | 16 | | TEXT ORDER: Letter Motion 15 is GRANTED. In light of the filing of Motion to Dismiss 14 , the Rule 16 initial conference scheduled for 9/9/2021 and the deadlines for filing the Civil Case Management Plan and exchange of Mandatory Disclosures are STAYED without date. SO ORDERED by Magistrate Judge Miroslav Lovric on 8/25/2021. (Copy served upon Pltf via regular mail) (jdp) (Entered: 08/25/2021) |
| 08/31/2021 | | | (Court only) ***Motions No Longer Referred: 14 MOTION to Dismiss filed by NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand. Motion returnable before Judge Lovric (jdp) (Entered: 08/31/2021) |
| 09/13/2021 | 17 | | Letter Request/Motion from Edward A. Yerdon requesting extension of time to respond to Motion to Dismiss. (Attachments: # 1 EEOC Right to Sue Letter)(khr) (Entered: 09/13/2021) |
| 09/14/2021 | 18 | | TEXT ORDER: The Court has received a letter request from Plaintiff, Dkt. No. 17 ("Request"), seeking an extension of time to file his response to Defendant's motion to dismiss filed on August 25, 2021, Dkt. No. 14. The Court hereby GRANTS Plaintiff's Request. Plaintiff's deadline to submit his response is hereby EXTENDED to October 14, 2021. The Clerk shall serve a copy of this text order on Plaintiff via regular mail. Response to Motion due by 10/14/2021. Reply to Response to Motion due by 10/21/2021. Signed by Senior Judge Lawrence E. Kahn on September 14, 2021. (Copy served via regular mail)(sas) (Entered: 09/14/2021) |
| 09/15/2021 | | | (Court only) ***Deadlines terminated. Expired Pretrial Conference deadline terminated due to pending dispositive motion. (sas) (Entered: 09/15/2021) |
| 10/07/2021 | 19 | | NOTICE of Appearance by Stacey A. Hamilton on behalf of All Defendants (Attachments: # 1 Declaration)(Hamilton, Stacey) (Entered: 10/07/2021) |
| 10/14/2021 | 20 | | RESPONSE in Opposition re 14 MOTION to Dismiss filed by NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand. Motion returnable before Judge Lovric filed by Edward A. Yerdon. (khr) (Entered: 10/14/2021) |
| 10/22/2021 | | | (Court only) ***CASE LIST ADD to LEK for M-Dism (sas) (Entered: 10/22/2021) |

| | | |
|---|---|---|
| 10/25/2021 | 🔒 | (Court only) ***Deadlines terminated. Expired Response to Motion & Reply Deadlines terminated. Response filed. (sas) (Entered: 10/25/2021) |
| 03/04/2022 | 21 | SUPPLEMENTAL LETTER (Email from Process Server) in further support of Response in Opposition to Motion 20 (khr) (Entered: 03/04/2022) |
| 03/16/2022 | 22 | MEMORANDUM-DECISION AND ORDER. It is hereby ORDERED, that Defendants' Motion to Dismiss (Dkt. No. 14 ) is DENIED; it is further ORDERED, that the Clerk of the Court shall reissue summonses for Defendants Karin Poitras, Elizabeth Romand, and the New York State Department of Motor Vehicles and provide them to Plaintiff so that he may serve these Defendants with a summons and a copy of the Complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure; and it is further ORDERED, that Plaintiff shall have sixty (60) days from the date of this Memorandum-Decision and Order to serve Defendants; and it is further ORDERED, that failure to properly serve each of the Defendants will result in the case's dismissal. Signed by Senior Judge Lawrence E. Kahn on 3/16/2022. (Copy served along with summons issued and copies of the complaint via regular mail) (dpk) (Entered: 03/16/2022) |
| 03/16/2022 | 🔒 | (Court only) ***CASE LIST REMOVE (from DISTRICT JUDGE): 14 MOTION to Dismiss (dpk) (Entered: 03/16/2022) |
| 03/16/2022 | 23 | Summons Reissued as to NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand.(Attachments: # 1 Summons Issued as to Elizabeth Romand, # 2 Summons Issued as to the New York State Department of Motor Vehicles) [Summons mailed, with copies of the complaint, to pro se plaintiff for service] (dpk) (Entered: 03/16/2022) |
| 04/14/2022 | 24 | AFFIDAVIT of Service for Summons and Complaint served on NYS Department of Motor Vehicles on 3/30/2022, filed by Edward A. Yerdon. (Attachments: # 1 Supplemental Affidavit of Service/Mailing)(khr) (Entered: 04/14/2022) |
| 04/14/2022 | 25 | AFFIDAVIT of Service for Summons and Complaint served on Karin Poitras on 3/30/2022, filed by Edward A. Yerdon. (Attachments: # 1 Supplemental Affidavit of Service/Mailing)(khr) (Entered: 04/14/2022) |
| 04/14/2022 | 26 | AFFIDAVIT of Service for Summons and Complaint served on Elizabeth Romand on 3/30/2022, filed by Edward A. Yerdon. (Attachments: # 1 Supplemental Affidavit of Service/Mailing)(khr) (Entered: 04/14/2022) |
| 04/14/2022 | | ***Answer due date updated for NY Dept of Motor Vehicles answer due 4/20/2022; Karin Poitras answer due 4/20/2022; Elizabeth Romand answer due 4/20/2022. (khr) (Entered: 04/14/2022) |
| 04/15/2022 | 27 | TEXT ORDER: The Rule 16 Initial Conference is scheduled for 5/4/2022 at 10:00 a.m., via telephone conference, before Magistrate Judge Miroslav Lovric. The Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 4/27/2022. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) SO ORDERED by Magistrate Judge Miroslav Lovric on 4/15/2022. (copy served on pro se Plaintiff via regular mail) (jdp ) (Entered: 04/15/2022) |

CM/ECF LIVE - U.S. District Court - NYND    Case: 24-1263, 08/09/2024, DktEntry: 19.1, Page 13 of 18    https://nynd-ecf.sso.dcn/cgi-bin/DktRpt.pl?948601436388747-L_1_0-1

| | | |
|---|---|---|
| 04/15/2022 | | NOTICE OF TELECONFERENCE: a telephone conference is scheduled for 5/4/2022 at 10:00 a.m. before Magistrate Judge Miroslav Lovric. The parties are directed to call 877-402-9753 and enter access code 9983518. (copy served on pro se Plaintiff via regular mail) (jdp ) (Entered: 04/15/2022) |
| 04/15/2022 | 28 | Letter Motion from Stacey Hamilton, A.A.G. for NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand requesting extension of time to respond to Complaint submitted to Judge Miroslav Lovric . (Hamilton, Stacey) (Entered: 04/15/2022) |
| 04/15/2022 | 29 | AFFIDAVIT of Service for letter requesting extension served on Plaintiff Edward Yerdon on April 15, 2022, filed by NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand. (Hamilton, Stacey) (Entered: 04/15/2022) |
| 04/18/2022 | 30 | TEXT ORDER: Letter Motion 28 is GRANTED insofar as and to the extent that, (1) Defendants are directed to file an Answer to the Complaint by 5/31/2022, (2) the Rule 16 Initial Conference scheduled for 5/4/2022 is RE-SCHEDULED for 6/14/2022 at 12:00 p.m., via telephone conference, before Magistrate Judge Miroslav Lovric. The Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 6/7/2022. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) SO ORDERED by Magistrate Judge Miroslav Lovric on 4/18/2022. (copy served on pro se Plaintiff via regular mail) (jdp ) (Entered: 04/18/2022) |
| 04/18/2022 | | NOTICE OF TELECONFERENCE: a telephone conference is scheduled for 6/14/2022 at 12:00 p.m. before Magistrate Judge Miroslav Lovric. The parties are directed to call 877-402-9753 and enter access code 9983518. (copy served on pro se Plaintiff via regular mail)(jdp ) (Entered: 04/18/2022) |
| 05/20/2022 | 31 | Second MOTION to Dismiss filed by NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand. Motion returnable before Judge Miroslav Lovric Response to Motion due by 6/10/2022. Reply to Response to Motion due by 6/17/2022 (Attachments: # 1 Memorandum of Law) (Hamilton, Stacey) (Entered: 05/20/2022) |
| 05/20/2022 | 32 | NOTICE to pro se plaintiff: Response to # 31 Second MOTION to Dismiss is due on or before June 10, 2022. (khr)(Mailed copy to pro se plaintiff on 5/20/2022) (Entered: 05/20/2022) |
| 05/23/2022 | 33 | AFFIDAVIT of Service for Notice of Motion to Dismiss and Memo of Law in support served on Plaintiff Edward Yerdon on May 23, 2022, filed by NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand. (Hamilton, Stacey) (Entered: 05/23/2022) |
| 06/02/2022 | 34 | TEXT ORDER: In light of Defendants' Second Motion to Dismiss 31 , the Initial Conference scheduled for June 14, 2022, is adjourned without date. SO ORDERED by Miroslav Lovric on 6/2/2022. (Copy served on Pro Se Plaintiff via regular mail) (jdp ) (Entered: 06/02/2022) |
| 06/06/2022 | | (Court only) ***Motions No Longer Referred: 31 Second MOTION to Dismiss filed by NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand. Motion returnable before Judge Miroslav Lovric. Judge Kahn's Chamber's will be handle the Motion to Dismiss. (jdp) (Entered: 06/06/2022) |

| 06/09/2022 | 35 | Letter Request/Motion from Edward A. Yerdon requesting extension of time to respond to defendants motion. (khr) (Entered: 06/09/2022) |
|---|---|---|
| 06/10/2022 | | (Court only) ***Motions No Longer Referred: 35 Letter Motion for Edward A. Yerdon requesting extension of time to respond to defendants motion. Letter Motion 35 will be addressed by Judge Kahn's Chambers as it is a request for an extension re motion pending before Judge Kahn's Chambers. (jdp ) (Entered: 06/10/2022) |
| 06/13/2022 | 36 | TEXT ORDER: The Court has received Plaintiff's request for an extension to respond to Defendants' Second Motion to Dismiss. Dkt. No. 35 ("Request"). Plaintiff asserts that the destruction of his phone is impeding his ability to obtain documents necessary to respond to the Second Motion to Dismiss. Id. "[P]ro se plaintiffs should be granted special leniency regarding procedural matters." LeSane v. Hall's Sec. Analyst, Inc., 239 F.3d 206, 209 (2d Cir. 2001) (emphasis removed). Therefore, the Court will GRANT Plaintiff's Request for an extension. The deadline for Plaintiff to respond to Defendants' Second Motion to Dismiss is now set for June 28, 2022. A Reply to Response to Motion is due by July 5, 2022. SO ORDERED by Senior Judge Lawrence E. Kahn on 6/13/2022.(Copy served via regular mail)(dpk) (Entered: 06/13/2022) |
| 07/01/2022 | 37 | RESPONSE in Opposition re 31 Second MOTION to Dismiss filed by NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand. Motion returnable before Judge Miroslav Lovric filed by Edward A. Yerdon. (khr) (Additional attachment(s) added on 7/5/2022: # 1 Exhibits) (khr, ). (Entered: 07/05/2022) |
| 07/13/2022 | | (Court only) ***CASE LIST ADD to LEK for M-Dism re 31 Second MOTION to Dismiss (No reply filed) (dpk) (Entered: 07/13/2022) |
| 07/13/2022 | | (Court only) ***Deadlines terminated. No reply filed. (dpk) (Entered: 07/13/2022) |
| 02/07/2023 | 38 | MEMORANDUM-DECISION AND ORDER. It is hereby ORDERED, that Defendants' Motion to Dismiss (Dkt. No. 31 ) is GRANTED; and it is further ORDERED, that Plaintiff's Complaint (Dkt. No. 1 ) is DISMISSED; and it is further ORDERED, that the Clerk close this action; and it is further ORDERED, that the Clerk serve a copy of this Memorandum-Decision and Order on all parties in accordance with the Local Rules. Signed by Senior Judge Lawrence E. Kahn on 2/7/2023. (Copy served via regular and certified mail) (dpk) (Entered: 02/07/2023) |
| 02/07/2023 | | (Court only) ***CASE LIST REMOVE (from DISTRICT JUDGE): 31 Second MOTION to Dismiss filed by NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand. (dpk) (Entered: 02/07/2023) |
| 02/07/2023 | 39 | JUDGMENT. IT IS ORDERED AND ADJUDGED that Defendants' Motion to Dismiss (Dkt. No. 31 ) is GRANTED; and it is further ORDERED, that Plaintiff's Complaint (Dkt. No. 1 ) is DISMISSED; and it is further ORDERED, that the Clerk close this action; and it is further ORDERED, that the Clerk serve a copy of this Memorandum-Decision and Order on all parties in accordance with the Local Rules. All of the above pursuant to the order of the Honorable Lawrence E. Kahn, dated this 7th day of February, 2023. (Copy served via regular and certified mail) (dpk) (Entered: 02/07/2023) |
| 02/23/2023 | 40 | NOTICE OF APPEAL as to 39 Judgment,, 38 Order on Motion to Dismiss, by Edward A. Yerdon. Filing fee $ 505, receipt number 100000023. (khr) (Entered: |

| | | |
|---|---|---|
| | | 02/23/2023) |
| 02/23/2023 | 41 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 40 Notice of Appeal (khr) (Entered: 02/23/2023) |
| 07/17/2023 | | USCA Case Number 23-230 for 40 Notice of Appeal filed by Edward A. Yerdon. (nas, ) (Entered: 07/17/2023) |
| 09/29/2023 | 🔒 | (Court only) ***Deadlines terminated. answer ddls - case is closed (nas, ) (Entered: 09/29/2023) |
| 12/13/2023 | 42 | ORDER of USCA (certified copy issued on 12/13/2023) as to 40 Notice of Appeal filed by Edward A. Yerdon. Plaintiff Edward Yerdon, proceeding pro se, appeals from the dismissal of his complaint against Defendants Karin Poitras, NY Dept of Motor Vehicles, and Elizabeth Romand for improper service. In light of Yerdons reliance on a process server, the potential prejudice to Yerdon, and the lack of prejudice to Defendant NY Dept of Motor Vehicles, we VACATE the dismissal and REMAND the case to the district court for further proceedings. (khr) (Entered: 12/13/2023) |
| 01/05/2024 | 43 | MANDATE of USCA issued on 1/5/2024 as to 40 Notice of Appeal filed by Edward A. Yerdon. Plaintiff Edward Yerdon, proceeding pro se, appeals from the dismissal of his complaint against Defendants Karin Poitras, NY Dept of Motor Vehicles, and Elizabeth Romand for improper service. In light of Yerdons reliance on a process server, the potential prejudice to Yerdon, and the lack of prejudice to Defendant NY Dept of Motor Vehicles, we VACATE the dismissal and REMAND the case to the district court for further proceedings. (khr) (Entered: 01/05/2024) |
| 01/16/2024 | 44 | TEXT ORDER: In light of the MANDATE of USCA issued on 1/5/2024 [Dkt. No. 43], (1) Defendants are directed to file a Response to the Complaint by 2/6/2024, (2) the Rule 16 Initial Conference is scheduled for 2/29/2024 at 12:00 p.m., In Person, in Binghamton, New York at 15 Henry Street, before Magistrate Judge Miroslav Lovric, (3) the Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 2/22/2024, and (4) pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court. SO ORDERED by U.S. Magistrate Judge Miroslav Lovric on 1/16/2024. (copy served on Pro Se Plaintiff via regular mail)(jdc ) (Entered: 01/16/2024) |
| 01/16/2024 | 45 | Letter Motion from A.A.G. Hamilton for NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand requesting extension of time to respond to Complaint submitted to Judge Lovric . (Hamilton, Stacey) (Entered: 01/16/2024) |
| 01/17/2024 | 46 | TEXT ORDER: Letter Motion 45 is GRANTED insofar as and to the extent that, (1) Defendants are directed to file a Response to the Complaint by 3/6/2024, (2) the Rule 16 Initial Conference is RE-SCHEDULED for 4/16/2024 at 12:00 p.m., In Person, in Binghamton, New York at 15 Henry Street, before Magistrate Judge Miroslav Lovric, (3) the Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 4/9/2024, and (4) pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court. SO ORDERED by U.S. Magistrate Judge Miroslav Lovric on 1/17/2024. (copy served on Pro Se Plaintiff via regular mail) (jdc ) (Entered: 01/17/2024) |

| | | | |
|---|---|---|---|
| 01/17/2024 | 47 | | AFFIDAVIT of Service for letter requesting extension served on Plaintiff on January 16, 2024, filed by NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand. (Hamilton, Stacey) (Entered: 01/17/2024) |
| 03/06/2024 | 48 | | First MOTION to Dismiss for Failure to State a Claim filed by NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand. Response to Motion due by 3/27/2024. Reply to Response to Motion due by 4/3/2024 (Attachments: # 1 Memorandum of Law) (Hamilton, Stacey) (Entered: 03/06/2024) |
| 03/06/2024 | | | (Court only) Defendants' Answer Deadlines terminated. (khr) (Entered: 03/06/2024) |
| 03/06/2024 | 49 | | AFFIDAVIT of Service for Notice of Motion to Dismiss and Memorandum of Law in support served on Plaintiff on March 6, 2024, filed by NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand. (Hamilton, Stacey) (Entered: 03/06/2024) |
| 03/06/2024 | 50 | | TEXT ORDER: In light of the filing of Motion to Dismiss 48 , the Rule 16 Initial Conference scheduled for 4/16/2024, before Magistrate Judge Miroslav Lovric, and the deadlines for filing the Civil Case Management Plan and exchange of Mandatory Disclosures, are all STAYED without date. SO ORDERED by U.S. Magistrate Judge Miroslav Lovric on 3/6/2024. (copy served on Pro Se Plaintiff via regular mail) (amt) (Entered: 03/06/2024) |
| 03/21/2024 | 51 | | Letter Request/Motion from Edward A. Yerdon requesting extension of time to respond to motion to dismiss and clarification. (khr) (Entered: 03/21/2024) |
| 03/21/2024 | 52 | | LETTER BRIEF *in response to plaintiff's correspondence to the court (dkt 51)* by NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand. (Hamilton, Stacey) (Entered: 03/21/2024) |
| 03/26/2024 | 53 | | TEXT ORDER: The Court has received Plaintiff's letter motion ("Motion") requesting an extension to file a response to the Defendants' motion to dismiss ("Motion to Dismiss"), Dkt. No. 48 . Dkt. No. 51 . The Motion is GRANTED, and Plaintiff is given an additional fourteen (14) days to file a response. The response is now due by April 9, 2024; Defendants' reply is due April 16, 2024. Additionally, Plaintiff's Motion requests "clarification" regarding the motion to dismiss, as it is Plaintiff's understanding that "many of the requested reasons for dismissal are similar or duplicates of previous requests by the defendant." Defendants filed a previous motion to dismiss on May 20, 2022, pursuant to Federal Rules of Civil Procedure 12(b)(1), (b)(5), and (b)(6). Dkt. No. 31 . The Court granted that motion to dismiss pursuant to Rule 12(b)(5) and, consequently, did not consider Defendants' arguments with respect to 12(b)(6). Dkt. No. 38 . The instant Motion to Dismiss reraises Defendants' arguments under Rule 12(b)(6), as those arguments have not yet been ruled on by this Court. See Mot. to Dismiss; see also Dkt. No. 52 . SO ORDERED by Senior Judge Lawrence E. Kahn on 3/26/2024. (Copy served via regular mail) (dpk) (Entered: 03/26/2024) |
| 03/27/2024 | 54 | | RESPONSE in Opposition re 48 Motion to Dismiss for Failure to State a Claim, filed by Edward A. Yerdon. (khr) (Entered: 03/27/2024) |
| 04/17/2024 | | | (Court only) ***CASE LIST ADD to LEK for M-Dism re 48 First MOTION to **Dismiss for Failure to State a Claim** (dpk) (Entered: 04/17/2024) |

| | | |
|---|---|---|
| 04/17/2024 | | (Court only) ***Deadlines terminated. No reply filed. (dpk) (Entered: 04/17/2024) |
| 04/24/2024 | 55 | MEMORANDUM-DECISION AND ORDER. It is hereby ORDERED, that Defendants' Motion, Dkt. No. 48, is GRANTED; and it is further ORDERED, that Plaintiff's Complaint, Dkt. No. 1, is DISMISSED without prejudice with respect to Defendant New York State Department of Motor Vehicles; and it is further ORDERED, that Plaintiff's Complaint, Dkt. No. 1, is DISMISSED with prejudice with respect to Defendants Karin Poitras and Elizabeth Romand; and it is further ORDERED, that the Clerk close this action. Signed by Senior Judge Lawrence E. Kahn on 4/24/2024. (Copy served via regular and certified mail) (dpk) (Entered: 04/24/2024) |
| 04/24/2024 | 56 | JUDGMENT. IT IS ORDERED AND ADJUDGED that Defendants' Motion, Dkt. No. 48, is GRANTED; and it is further ORDERED, that Plaintiff's Complaint, Dkt. No. 1, is DISMISSED without prejudice with respect to Defendant New York State Department of Motor Vehicles; and it is further ORDERED, that Plaintiff's Complaint, Dkt. No. 1, is DISMISSED with prejudice with respect to Defendants Karin Poitras and Elizabeth Romand; and it is further ORDERED, that the Clerk close this action. All of the above pursuant to the order of the Honorable Lawrence E. Kahn, dated April 24, 2024. (Copy served via regular and certified mail) (dpk) (Entered: 04/24/2024) |
| 04/24/2024 | | (Court only) ***CASE LIST REMOVE (from DISTRICT JUDGE): 48 First MOTION to Dismiss for Failure to State a Claim filed by NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand. filed by Defendant NY Dept of Motor Vehicles, Defendant Karin Poitras, Defendant Elizabeth Romand (dpk) (Entered: 04/24/2024) |
| 05/02/2024 | 57 | NOTICE OF APPEAL as to 56 Judgment, by Edward A. Yerdon. Filing fee $ 605, receipt number 100000464. (khr) Filed via counter (khr). (Entered: 05/02/2024) |
| 05/02/2024 | 58 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 57 Notice of Appeal (khr)(Mailed copy to pro se plaintiff on 5/2/2024) (Entered: 05/02/2024) |
| 05/31/2024 | 59 | Mail Returned as Undeliverable re: 56 Judgment sent to Edward Yerdon at 472 Baker Ave Cohoes, NY 12047. No new address known at this time. (sbb) (Entered: 06/04/2024) |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

Edward A. Yerdon
    Plaintiff(s)

vs.

CASE NUMBER: 1:21-cv-565

Karin Poitras, NY Dept of Motor Vehicles
and Elizabeth Romand
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Motion, Dkt. No. 48, is GRANTED; and it is further ORDERED, that Plaintiff's Complaint, Dkt. No. 1, is DISMISSED without prejudice with respect to Defendant New York State Department of Motor Vehicles; and it is further ORDERED, that Plaintiff's Complaint, Dkt. No. 1, is DISMISSED with prejudice with respect to Defendants Karin Poitras and Elizabeth Romand; and it is further ORDERED, that the Clerk close this action.

All of the above pursuant to the order of the Honorable **Lawrence E. Kahn**, dated April 24, 2024.

DATED: April 24, 2024

_____
Clerk of Court

s/_____
Daniel Krug
Deputy Clerk